ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| KBR Services, LLC | )   ASBCA No. 64133 |

## NOTICE

      Enclosed is one authenticated copy of the Board's decision and two Certificates of Finality, one each for the government and appellant.

      If the parties do not contemplate an appeal or motion for reconsideration, but plan to utilize the U.S. Department of the Treasury's Judgment Fund for payment of the monetary award, appellant should send its completed Certificate of Finality to the government. The government should then send the two Certificates of Finality and a copy of the Board's decision to the U.S. Department of the Treasury, following the procedures at https://fiscal.treasury.gov/judgment-fund/award-payment-process.html.

      Date: May 14, 2025

Very truly yours,

PAULLA K. GATES-LEWIS
Recorder

Enclosures

<u>CERTIFICATE OF FINALITY</u>

ASBCA No. 64133                                    Appeal of  KBR Services, LLC

*<u>To be completed by Contractor.  Submit original to the government's attorney.  (If completed by an attorney or firm representing contractor, original power of attorney must accompany this form.)</u>*

A.     Payee Taxpayer Identification Number, SSN or EIN:


B.     Address to which check or electronic fund transfer should be sent:


C.     Contractor's Certification:

Contractor hereby certifies that:

(1)      Contractor has not initiated and will not initiate any proceedings for review, reconsideration, or appeal of this award; and

(2)      Contractor agrees to accept the amount awarded: $178,300,000.  Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from August 28, 2025, until date of payment.  Payment shall be a full discharge or the United States of all claims and demands arising out of the matters involved in the claim or controversy.

_____
(Signature)

_____
(Typed Name)

_____      _____
(Date)                                             (Title)

Please submit within 10 days to avoid unnecessary delay in payment.

CERTIFICATE OF FINALITY

ASBCA No. 64133                                Appeal of  KBR Services, LLC

*To be completed by the Contracting Agency.  Submit original to the Judgment Fund Branch, FMS, Department of the Treasury.*

A.    Date the contracting officer received the claim:

B.    Principal amount to be paid:

C.    Agency Finance Center and address for reimbursement:
       (Include name of finance center POC, specific office/symbol and telephone
       number)

D.    Agency Certification:

       Contracting agency hereby certifies that it has not initiated and will not initiate any
       proceedings for the review, reconsideration, or appeal of this award.

       _____
                              (Signature)

       _____
                              (Typed Name)

_____          _____
              (Date)                                         (Title)

Please submit within 10 days to avoid unnecessary delay in payment.

ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
KBR Services, LLC                                    )    ASBCA No. 64133
                                                     )
Under Contract No. FA5641-20-D-0009                  )

APPEARANCES FOR THE APPELLANT:          Craig A. Holman, Esq.
                                        Charles A. Blanchard, Esq.
                                        Amanda Sherwood, Esq.
                                          Arnold & Porter LLP
                                          Washington DC

APPEARANCES FOR THE GOVERNMENT:         Caryl A. Potter, III, Esq.
                                          Air Force Deputy Chief Trial Attorney
                                        Christopher J. Hilborn, Esq.
                                        Maj Craig M. Brunson
                                          Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE ARNETT

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $178,300,000. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from August 28, 2025, until date of payment.

Dated: May 13, 2025

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

_____                   _____
OWEN C. WILSON                              J. REID PROUTY
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 64133, Appeal of KBR Services, LLC, rendered in conformance with the Board's Charter.

Dated: May 14, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2